### CHARLES J. PUERRUNG ET AL. v. CARTER-CRUME CO.

SERVICE ON FOREIGN CORPORATIONS ON GROUND OF NON-RESIDENCE.

Section 148c, Rev. Stat., providing that foreign corporations complying therewith shall not be subject to process of attachment on the ground of non-residence, held to be constitutional and valid.

ERROR to the Court of Common Pleas of Hamilton county.

The plaintiffs brought suit for $750 against the Carter-Crume Company, and garnished funds in the hands of Diem & Wing, the attachment being secured on the ground that the defendant company was a foreign corporation and a non-resident of the state. At the trial below Judge Sayler dissolved the attachment.

SMITH, J.

We are of the opinion that the judgment in this case should be affirmed; that sec. 148c, Rev. Stat., which in effect provides that in actions brought in this state against foreign corporations which have complied with the provisions of said statute they shall not be subject to process of attachment, under sec. 5521, Rev. Stat., or any law of Ohio, on the ground that it is a foreign corporation or a non-resident of the state, is a valid and constitutional law.

Cox and SWING, JJ., concur.

C. W. Baker, for plaintiff in error.

Kittredge & Wilby, contra.